Eric Baum NY#2591618 (Admitted Pro Hac Vice)
Andrew Rozynski NY#5054465 (Admitted Pro Hac Vice)

**EISENBERG & BAUM, LLP**

24 Union Square East
Fourth Floor
New York, NY 10003
Telephone No. 212-353-8700
Facsimile No. 212-353-1708
E-mail: ebaum@EandBLaw.com
        arozynski@EandBLaw.com

William A. Richards #013381
Shayna G. Stuart #034819

**RICHARDS & MOSKOWITZ PLC**

1850 N. Central Avenue, Suite 2010
Phoenix, AZ 85004
Telephone No. 602-595-7800
Facsimile No. 602-812-7995
E-mail:  brichards@rmazlaw.com
         sstuart@rmazlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Tauscher,<br><br>                                    Plaintiff,<br><br>v.<br><br>Phoenix Board of Realtors, Inc. d/b/a<br>Phoenix Association of Realtors®,<br><br>                                    Defendant. | **CASE NO. CV-15-125-PHX-SPL**<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Mark Tauscher and Defendant Phoenix Board of Realtors, Inc. hereby notify the Court that the parties have agreed to settle this lawsuit. The parties have finalized and executed the settlement documentation and are awaiting the settlement funds. The parties request 14 days to file the dismissal.

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED this 29th day of October, 2020.

RICHARDS & MOSKOWITZ PLC

/s/ Shayna G. Stuart
William A. Richards
Shayna G. Stuart
1850 N. Central Ave., Suite 2010
Phoenix, AZ  85004

AND

EISENBERG & BAUM, L.L.P.
Eric Baum
Andrew Rozynski
24 Union Square East
Fourth Floor
New York, NY 10003

*Attorneys for Plaintiff*

QUARLES & BRADY, LLP

/s/ Eric B. Johnson (with permission)
Eric B. Johnson
Two North Central Avenue
Phoenix, AZ 85004
*Attorney for Defendant*

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing:

Eric B. Johnson
Quarles & Brady, LLP
Two North Central Avenue
Phoenix, Arizona 85004
eric.johnson@quarles.com
*Attorneys for Defendant*

/s/ Nicole Rynearson